DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KASHA T. DAVIS,**
Appellant,

v.

**ALORICA, Inc.,**
Appellee.

No. 4D16-3530

[October 12, 2017]

Appeal from the Florida Commission on Human Relations; Michelle Wilson, Executive Director; L.T. Case No. 201601646.

Kasha T. Davis, Fort Lauderdale, pro se.

Elizabeth Fite Blanco of Sessions, Fishman, Nathan & Israel, LLC, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***